UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEYRONE MARTIN                                                CIVIL ACTION

VERSUS                                                        NUMBER: 15-2018

MARLIN N. GUSMAN, ET AL.                                      SECTION: "H"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this  21st  day of            October           , 2015.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE